UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Dr. William P. Gress
                Plaintiff,

v.                         Case No.: 1:13−cv−00936
                                Honorable Sharon Johnson Coleman

Security Metrics, Inc., et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 14, 2014:

      MINUTE entry before the Honorable Sharon Johnson Coleman: In court hearing held on 7/14/2014 on whether the settlement is fair, reasonable, and adequate, and whether it should be approved by the Court. Final approval is granted. The Court hereby dismisses this action with prejudice and without costs pursuant to the Settlement Agreement. The Parties are ordered to take all necessary actions to complete the settlement in accordance with the Settlement Agreement and shall comply with the terms of the Settlement Agreement. Enter Order Finally Approving the Settlement. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.