**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DR. WILLIAM P. GRESS,<br>on behalf of himself and a class, | ) | |
| | ) | |
| Plaintiff, | ) | 13 C 936 |
| | ) | |
| v. | ) | Judge Coleman |
| | ) | Magistrate Judge Cox |
| SECURITYMETRICS, INC.,<br>and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF FINAL ACCOUNTING**

Plaintiff Dr. William P. Gress respectfully submits this memorandum in support of final accounting of the class action settlement with defendant SecurityMetrics, Inc. ("Defendant") and respectfully requests that any uncashed Settlement checks and/or undistributed settlement funds be distributed to Chicago Law and Education Foundation as a *cy pres* recipient.

On July 15, 2014, the Court entered an order granting final approval to the parties' class action settlement agreement.

Catherine Latturner attests to the fact that the Settlement Fund was received by plaintiff's counsel pursuant to the parties' agreement and the Court's order. *(Dkt. No. 69)* Payments were made from the Settlement Fund representing an incentive award to the plaintiff, Dr. William P. Gress, in the amount of $8,000, and an award of attorney's fees in the amount of $148,500.

Andrew Barnett testified that Edelman, Combs, Latturner & Goodwin, LLC, paid $3,250 and $675 from the Settlement Fund to Class-Settlement.com for the costs of notice and settlement administration. (*Dkt. Nos. 64 and 71*)

Plaintiff's counsel sent $289,575 to the Class Administrator, Class-Settlement.com, Inc, for distribution to the Class Members. (*Dkt. No. 70*)

Each member of the Settlement Class who submitted a valid claim was paid for each for each fax transmission corresponding to the fax number on the Fax List. Each settlement share was determined, based on a pro rata distribution of the Settlement Fund, to be worth $500. Settlement Class members were paid various amounts based on the number of settlement shares as set forth in the Affidavit of Andrew Barnett. (*Dkt. No. 71*)

Settlement checks were mailed to 180 Class Members. One check was returned as undeliverable that was successfully resent to a correct address. In sum, all checks were successfully mailed. There were 178 of 180 Settlement Class Members who cashed their settlement checks. Thus, the total distribution to the Class is $279,999.85. (*Dkt. No. 71*)

Andrew Barnett of CyberData, Inc. testified that following expiration of the void date on the settlement checks $9,575.15 remains in the Settlement Fund as a result of uncashed checks ($1,000) and undistributed funds ($8,575.15). (*Dkt. No. 71*) Catherine Latturner testified that no amount of the Settlement Fund has been retained in the firm's client trust account. (*Dkt. No. 69*)

The Court ordered the parties to report on the settlement accounting to date so it could determine whether any remaining funds were either: (a) returned to Defendant; and/or (b) paid to a *cy pres* recipient. (*Dkt. No. 67*) Plaintiff previously recommended that any uncashed settlement checks and/or undistributed settlement funds be distributed to Chicago Law and Education Foundation as a *cy pres* recipient. (*Dkt. No. 65*) Plaintiff reasserts his request to distribute any residual settlement funds to Chicago Law and Education Foundation, as a *cy pres* recipient.

Plaintiff submits that to date the Settlement Fund was distributed in accordance with the parties' agreement and the Court's orders.

Plaintiff respectfully requests that this Court order that any uncashed checks and/or undistributed Settlement Funds be paid to *cy pres* recipient, Chicago Law and Education Foundation.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

I, Heather Kolbus, certify that on December 19, 2014, I caused the foregoing document to be filed via the Court's CM/ECF system, which will send notification of such filing to the following parties:

Bart T. Murphy (bart.murphy@icemiller.com)
Isaac J. Colunga (isaac.colunga@icemiller.com)
Ice Miller LLP
2300 Cabot Drive, Ste. 455
Lisle, IL 60532

s/Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)