**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DR. WILLIAM P. GRESS,<br>on behalf of himself and a class, | ) | |
| Plaintiff, | ) | 13 C 936 |
| v. | ) | Judge Coleman |
| SECURITY METRICS, INC.,<br>and JOHN DOES 1-10, | ) | |
| Defendants. | ) | |

**PLAINTIFF'S SUPPLEMENTAL MEMORANDUM**
**IN SUPPORT OF FINAL ACCOUNTING OF THE CLASS SETTLEMENT**

Plaintiff, Dr. William P. Gress, respectfully submits this supplemental memorandum in support of final accounting of the class action settlement with defendant SecurityMetrics, Inc.

On February 26, 2015, this Court issued an order directing that the undistributed class settlement funds be distributed to Chicago Law and Education Foundation as a cy pres award. (Dkt. No. 76)

On March 13, 2015, plaintiff's counsel received information from the Class Administrator, Class-Settlement.com, that the *cy pres* check issued to Chicago Law and Education Foundation in the amount of $9,575.15 had cleared the *Gress v. SecurityMetrics Settlement Fund* account. (Appendix A, *Affidavit of Andrew Barnett*) A copy of the correspondence, enclosing the cy pres check to the Chicago Law and Education Foundation is attached hereto as Appendix B. The *Gress v. SecurityMetrics Settlement Fund* account is now closed.

Plaintiff submits that the Settlement Fund has been distributed to date in accordance with the parties' agreement and the Court's orders.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Heather Kolbus, certify that on March 17, 2015, I caused the foregoing document to be filed via the Court's CM/ECF system, which will send notification of such filing to the following parties:

Bart T. Murphy (bart.murphy@icemiller.com)
Isaac J. Colunga (isaac.colunga@icemiller.com)
Ice Miller LLP
2300 Cabot Drive, Ste. 455
Lisle, IL 60532

s/Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)